United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br>           Petitioner,<br>   v.<br>WILLIAM BIDDICK, JR.,<br>           Respondent. | Case No. 19-04057 BLF (PR)<br>**ORDER OF TRANSER** |

Petitioner, a state prisoner at the California Men's Colony State Prison in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the lawfulness of his state conviction. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of San Joaquin County, (Pet. at 1), which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, the preferred venue for this action is in that district and not in this one. *See id.*; Habeas L.R. 2254-3(a)(1). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

///

1  The Clerk shall terminate all pending motions and transfer the entire file to the
2  Eastern District of California.
3  **IT IS SO ORDERED.**
4  **Dated:** __July 19, 2019__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

25  Order of Transfer
PRO-SE\BLF\HC.19\04057Barton_transfer(ED)

2