UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON, | No. 2:19-cv-1433 CKD P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BIDDICK, JR., | |
| Respondent. | |

A review of court records reveals that the petition for writ of habeas corpus filed in this action is essentially the same as the operative petition in 19-cv-0148 DMC. Because the petition in this action is duplicative, this action was opened in error. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

Dated: August 26, 2019

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bart0148.dup